AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SANGITA BISWAS
7510 High Drive
Prairie Village, KS  66208

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT
S. MUELLER, III, Director of the Federal Bureau of
Investigation, and JONATHAN SCHARFEN, Acting Director of
the U.S. Citizenship and Immigration Services, and DAVID L.
ROARK, Director of the USCIS Texas Service Center

CASE

Case: 1:08-cv-01203
Assigned To : Roberts, Richard W.
Assign. Date : 7/15/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

JONATHAN SCHARFEN, Acting Director
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue, N.W., Suite 5110
Washington, DC  20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD  21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUL 15 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 18, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Brian S. Green | Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served:

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

G  Returned unexecuted:

G  Other (specify):  Federal Express Delivery

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/18/08
               Date                              Signature of Server

                    Murthy Law Firm
                    10451 Mill Run Circle, Suite 100
                    Owings Mill, MD 21117
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Belinda Axt

**From:**    TrackingUpdates@fedex.com
**Sent:**    Friday, July 18, 2008 11:48 AM
**To:**      Belinda Axt
**Subject:** FedEx Shipment 952639424095 Delivered

This tracking update has been requested by:

Company Name:              LAW OFFICES OF SHEELA MURTHY
Name:                      DEBBIE MEEKINS
E-mail:                    DEBBIE@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:                 05-1373NM/DM
Ship (P/U) date:           Jul 17, 2008
Delivery date:             Jul 18, 2008 11:42 AM
Sign for by:               Signature Release on file
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    0.50 lb.
Special handling/Services: Deliver Weekday

Tracking number:          952639424095

Shipper Information               Recipient Information
DEBBIE MEEKINS                    JONATHAN SCHARFEN, DD
LAW OFFICES OF SHEELA MURTHY      DHS, USCIS
10451 MILL RUN CIRCLE;SUITE 100   20 MASSACHUSETTS AVENUE,
OWINGS MILLS                      N.W.;SUITE 5110
MD                               WASHINGTON
US                               DC
21117                            US
                                 20529

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:48 AM CDT
on 07/18/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the

7/18/2008