AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SANGITA BISWAS
7510 High Drive
Prairie Village, KS 66208

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, and JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship and Immigration Services, and DAVID L. ROARK, Director of the USCIS Texas Service Center

CASE

Case: 1:08-cv-01203
Assigned To : Roberts, Richard W.
Assign. Date : 7/15/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHAEL B. MUKASEY, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                     JUL 15 2008

CLERK                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>July 18, 2008 |
| NAME OF SERVER *(PRINT)*<br>Brian S. Green | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  Federal Express Delivery

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/18/08
             Date            *Signature of Server*

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mill, MD 21117

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Español | Customer Support | FedEx Locations   Search   [Go]

| Package/Envelope | Freight | Expedited | Office/Print Services |

Ship ▸     Track ▸     Manage ▸     Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Printable Version   Quick Help

**Tracking number** 952639424110
**Signed for by** M.PARRIS
**Ship date** Jul 17, 2008
**Delivery date** Jul 18, 2008 9:36 AM

**Reference** 15-1373NM/DM
**Department number** SPECIAL PROJECTS
**Destination** WASHINGTON, DC
**Delivered to** Shipping/Receiving
**Service type** Standard Envelope
**Weight** 0.5 lbs.

**Wrong Address?**
Reduce future mist
FedEx Address Ch

**Tracking a FedEx S Shipment?**
Go to shipper login

**Status** Delivered

**Signature image available** Yes


Find locations ev

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 18, 2008 | 9:36 AM | Delivered | WASHINGTON, DC | |
| | 8:50 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:27 AM | At local FedEx facility | WASHINGTON, DC | |
| | 1:45 AM | At dest sort facility | DULLES, VA | |
| Jul 17, 2008 | 9:07 PM | Left FedEx origin facility | LINTHICUM HEIGHTS, MD | |
| | 6:39 PM | Picked up | LINTHICUM HEIGHTS, MD | |
| | 11:57 AM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/orders ]

**Subscribe to tracking updates (optional)**

Your name:                Your e-mail address:

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

**Select format:** ● HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

http://www.fedex.com/Tracking                                7/18/2008